UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

KENDRA WATHEL,                                                                                         Plaintiff,

v.                                                                                  Civil Action No. 3:16-cv-15-DJH

NAVIENT SOLUTIONS, INC., et al.,                                                         Defendants.

\* \* \* \* \*

## ORDER

Plaintiff Kendra Wathel has filed a stipulation of dismissal of her claims against Equifax Information Services, LLC. (Docket No. 25) But Equifax has filed an answer (D.N. 15), and not all the parties who have appeared signed the stipulation. So neither Federal Rule of Civil Procedure 41(a)(1)(A)(i) nor 41(a)(1)(A)(ii) is availing. The Court will, however, construe Plaintiff's stipulation as a motion to dismiss her claims against Equifax. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that Plaintiff's motion to dismiss her claims against Defendant Equifax (D.N. 25) is **GRANTED**. The claims against Equifax are hereby **DISMISSED** with prejudice and are **STRICKEN** from the Court's active docket. This Order shall in no way affect the claims against the other defendants.

May 23, 2016

**David J. Hale, Judge**
**United States District Court**